**From:** Montenegro, Melanie (NBCUniversal) <Melanie.Montenegro@nbcuni.com>
**Sent:** Tuesday, July 9, 2013 6:01 PM
**To:** Felipe Boshell
**Cc:** 'Santana, Marcos (NBCUniversal, TLMD)'; Maynulet, Javier (NBCUniversal, TLMD)
**Subject:** El Señor De los Cielos [The Lord of the Skies]
**Attachments:** Caracol Offer Letter re Sequel to ESDLC (7 9 13).pdf

**Importance:** High

Dear Felipe,

Following on from our conversations, I attach our proposal for the second part of the production of "The Lord of the Skies" in writing as agreed. If you have any questions, please do not hesitate to contact me.

Sincerely,

Melanie M. Montenegro
Vice President
Business & Legal Affairs

w. 305-889-7929 | f. 305-889-7926 | Melanie.Montenegro@nbcuni.com
2290 West 8th Avenue, Hialeah, FL 33010

Please consider the environment before printing this email

- This communication (including attachments) contains PRIVILEGED AND CONFIDENTIAL information and is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee(s) named above. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this email is strictly prohibited. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this message in error, please immediately notify us by reply email and delete this email from your records. Thank you for your cooperation.
- Disclaimer regarding Uniform Electronic Transactions Act ("UETA"): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually-affixed original signatures on original documents.
- IRS Circular 230 Disclosure: In accordance with Sec. 10.35 of IRS Circular 230 requirements, you are advised that, unless otherwise indicated, any discussion of United States federal tax issues in this e-mail (including attachments) is not intended or written to be used, and cannot be used, to avoid penalties imposed under the United States Internal Revenue Code of 1986, as amended, or to promote, market or recommend to another party any transaction or matter addressed herein.
- Licensed in New York and Authorized House Counsel in Florida.

1

CONFIDENTIAL

CR1.01.0731
CR1.01.0731

Exhibit "C-1" (translation)



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "**[EX C] July 9, 2013 - Email from MM to FB with first draft of Letter Ag...**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Aurora Landman

Sworn to before me this
August 22, 2019

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit "C-1" (translation)