| | |
|---|---|
| **From:** | Montenegro, Melanie (NBCUniversal) <Melanie.Montenegro@nbcuni.com> |
| **Sent:** | Tuesday, August 6, 2013 9:17 PM |
| **To:** | Felipe Boshell |
| **Subject:** | Revised Offer Letter |
| **Attachments:** | Caracol Offer Letter re Sequel to ESDLC (8 6 13).doc |

Felipe,

In continuation with our discussions, attached is the revised offer letter. Please let me know when we can have an in person or a conference call to finalize the sequel rights to the ESDLC. As previously discussed, the international participation is after the recoupment of our costs of production. I look forward to speaking to you.

Regards,



**MELANIE M. MONTENEGRO**
Vice President
Business & Legal Affairs
Telemundo Media
O: 305 889 7929
O: 786 394 1212
M: 786 442 7571
F: 305 889 7926
Melanie.Montenegro@nbcuni.com

Please consider the environment before printing this email

- This communication (including attachments) contains PRIVILEGED AND CONFIDENTIAL information and is covered by the Electronic Communications Privacy Act, 18 U.S.C. Secs. 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee(s) named above. If you are not the intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this email is strictly prohibited. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this message in error, please immediately notify us by reply email and delete this email from your records. Thank you for your cooperation.
- IRS Circular 230 Disclosure: In accordance with Sec. 10.35 of IRS Circular 230 requirements, you are advised that, unless otherwise indicated, any discussion of United States federal tax issues in this e-mail (including attachments) is not intended or written to be used, and cannot be used, to avoid penalties imposed under the United States Internal Revenue Code of 1986, as amended, or to promote, market or recommend to another party any transaction or matter addressed herein.
- Licensed in New York and Authorized House Counsel in Florida.

Exhibit "E"



Exhibit "E"

CONFIDENTIAL

CR1.01.0758



MELANIE M. MONTENEGRO
VP, Business & Legal Affairs
Dir 305 889-7929
Melanie.Montenegro@nbcuni.com

August 6, 2013         **Deleted:** July 9

VIA CERTIFIED MAIL & ELECTRONIC E-MAIL (fboshell@caracoltv.com.co)

Mr. Felipe Boshell
General Manager
Caracol Television S.A.
Calle 103, #69B-43
Bogotá D.C.
Colombia

     Re:     <u>El Senor de Los Cielos Sequel</u>

Dear Mr. Boshell,

    This offer letter is being provided to you pursuant to Section 5(b) of the Co-Production Agreement dated as of October 25, 2012, as amended on March 11, 2013 (collectively, the "Agreement") between Telemundo Television Studios, LLC ("TTS") and Caracol Television, S.A. ("Caracol"). We are pleased to confirm the offer by TTS to produce a sequel of the telenovela "El Senor de los Cielos" (the "Series") as communicated to you via e-mail on June 18, 2013, and consistent with the provisions more fully described in the Term Sheet (the "Term Sheet") attached hereto as <u>Annex A</u>. All capitalized terms used but not defined herein shall have the meaning ascribed to such term in the Agreement.

    By executing this Offer Letter, you hereby agree that this Term Sheet constitutes a binding agreement with respect to the transactions contemplated herein and acknowledge that Caracol has agreed to the terms and conditions of the Term Sheet which will be incorporated into subsequent long-form agreement(s), including a License Agreement between Caracol and TTS.

**Deleted:** two
**Deleted:** as follows: (i)
**Deleted:** ; and; (ii) a Distribution Agreement between Caracol and Telemundo Internacional, LLC ("TI")

    This Offer Letter, including the Term Sheet, shall be in all respects governed by and construed in accordance with the laws of the State of Florida. All claims arising out of or relating to the Offer Letter shall be litigated exclusively in the federal or state courts of Miami Dade, Florida, and each party consents to personal jurisdiction in those courts. No amendment, modification or discharge of this Agreement, and no waiver hereunder shall be valid or binding unless set forth in writing and duly executed by the party against whom enforcement of the amendment, modification, discharge or waiver is sought. No delay or failure at any time on the part of any party in exercising any right, power or privilege under this Offer Letter, or in enforcing any provision of the Term Sheet, shall impair any such right, power or privilege, or be construed as a waiver of such provision, or be construed as a waiver of

2290 West 8th Avenue, Hialeah, Florida 33010
*Florida Authorized House Counsel and Licensed and a Member of the New York State Bar

Exhibit "E"

CONFIDENTIAL                                                           CR1.01.0759

Mr. Felipe Boshell
August 6, 2013                  **Deleted:** July 9
Page 2

any default or acquiescence therein, or shall affect the right of such party thereafter to enforce each and every provision of this Offer Letter in accordance with its terms.

    Should you have any questions, as always, please feel free to contact me.

Sincerely,

**TELEMUNDO TELEVISION STUDIOS, LLC**

<u>**ACCEPTED AND AGREED**</u>:

**CARACOL TELEVISION S.A.**

_____

    cc:    Mr. Marcos Santana (*Marcos.Santana@nbcuni.com*)
            Mr. Joshua Mintz (*Joshua.Mintz@nbcuni.com*)

CONFIDENTIAL

Exhibit "E"

CR1.01.0760

Mr. Felipe Boshell
August 6, 2013      *Deleted: July 9*
Page 3

**Annex A**

**TERM SHEET**

| 1. Parties: | a. Caracol Televisión S.A. ("Caracol") <br> b. Telemundo Television Studios, LLC ("TTS") <br> c. Telemundo Internacional, LLC ("TI") |
|---|---|
| 2. Date: | As of August 6, 2013     *Deleted: July 9* |
| 3. Sequel: | a. TTS will develop, produce, own, and distribute a sequel to the "El Señor de los Cielos" (the "Series") for the exhibition and exploitation in the United States, its territories, as well as throughout the world (the "Sequel"). <br><br> b. The Sequel will be based on the original format of the Series, which TTS shall have all right to use all elements (e.g., characters, story, scenarios, locales, etc.) derived from the Series and any new elements added by TTS for purposes of creating the Sequel. For clarity, TTS will not be entitled to use images and content licensed by Caracol for the Series, except as agreed mutually by the Parties in a case-by-case scenario. |
| 4. Number of Episodes; Length: | The Sequel shall consist of approximately sixty (60) episodes of approximately forty-two (42) minutes in length. |
| 5. Production: | Telemundo shall have the exclusive right to produce and exploit the Sequel, provided that Caracol shall have certain exhibition rights as granted herein. |
| 6. Development & Control of the Sequel: | TTS shall have exclusive creative decisions, development of budgets and casting, among other matters in the development and production of the Sequel. |
| 7. Ownership: | From inception through all stages of completion, the Sequel and all elements thereof, including the underlying works, *format and scripts* of the Series, will be exclusively owned by TTS throughout the world. <br><br> TTS will own and control all exclusive, irrevocable and perpetual right, title and interest (including copyright), throughout the universe in and to the Sequel and all derivatives of the Sequel, and all elements, underlying works or portions thereof, including all raw footage, from the inception of production, in any and all media and formats, now known or hereafter devised, in perpetuity, including without limitation all literary, dramatic, or other material contained |

Exhibit "E"

CONFIDENTIAL        CR1.01.0761

Mr. Felipe Boshell
August 6, 2013 *[Deleted: July 9]*
Page 4

| | | |
|---|---|---|
| | | therein, and the results and proceeds of the services in connection therewith. |
| 8. Reserved Rights: | | All and any rights not granted expressly herein to Caracol shall be expressly reserved by Telemundo. |
| 9. License: | | During the Term, Telemundo grants to Caracol a limited, exclusive license to exhibit the Series in Colombia, and the name, logos and related trademarks in connection with the Sequel and promotion thereof. |
| 10. Caracol Exhibition License: | a) | Territory: Caracol shall have the exclusive exhibition license to the Sequel in Colombia (the "Territory"). |
| | b) | Term: Caracol shall have the right to run the Sequel for a period of three (3) years in the Territory at zero cost. |
| | c) | Runs: Three (3) runs. |
| | d) | Exclusive Media: Free-tv over-the-air broadcast in the Territory. |
| | e) | Non-exclusive Media: Pay-tv in the Territory, *excluding digital platforms*, download to own, electronic sell through, home entertainment and any allied and ancillary rights related to the Sequel ("Ancillary Rights"). |
| | f) | Authorized Language: Spanish language only. |
| | g) | Sublicensing: Caracol may not sublicense the exhibition rights granted by TTS to any third party. |
| 11. Caracol International Profit Participation: | | TTS shall provide Caracol with detailed accountings on a quarterly basis (no later than 30 days following each such quarter); and TTS shall pay Caracol a participation equal to 15% of 100% of Foreign Net Sales (as defined below). |
| | | "**Foreign Net Sales**" shall mean all gross amounts actually received by and/or credited to TTS in connection with the exploitation of the Series throughout Participation Territory, *less* only (i) the Distribution Fee (as defined below), (ii) TTS's actual, out-of-pocket third party costs and expenses in connection with the exploitation of the Sequel throughout the Participation Territory, and (iii) any third party participation attributable to the exploitation of the Sequel throughout the Participation Territory. |

*[Deleted margin notes: ","; "p"; ","; "over-the-air broadcast and on video on demand digital platforms"; "TI will have the exclusive right to distribute, adapt, and sell all advertising in connection with the Sequel, including but not limited to, advertising spots, sponsorship and product integration and marketing in the Distribution Territory"]*

CONFIDENTIAL

Exhibit "E"

CR1.01.0762

Mr. Felipe Boshell
August 6, 2013
Page 5

**Deleted:** July 9

|  |  |  |
|---|---|---|
|  |  | "**Distribution Fee**" means a 25% distributor fee, *less* distribution fees and expenses, marketing, advertising and promotional expenses, and any applicable taxes.<br><br>"**Excluded Territory**" means the exploitation of the Sequel throughout the United States, its possessions and territories, Mexico, and the Telemundo and Telemundo Internacional branded and/or affiliated channels throughout the world, including Mun2.<br><br>"**Participation Territory**" means on a worldwide basis excluding the Excluded Territory.<br><br>"**Production Budget**" means all costs and expenses associated with the below-the-line and above-the-line production and delivery elements associated, directly or indirectly, with the Sequel. |
| 12. | Governing Law: | This Term Sheet shall be in all respects governed by and construed in accordance with the laws of the State of Florida. |
| 13. | Confidentiality: | Any information supplied by either party to the other shall be deemed proprietary and shall be treated as strictly confidential by the receiving party. Except as may be required by law or pursuant to subpoena or order of any judicial, legislative, executive, regulatory or administrative body, the receiving party shall not copy or disclose such information to a third party, except as is necessary to implement this Term Sheet or as may be approved in writing by the other party, or as may be in the public domain through no fault of the receiving party. |

**Deleted:** <#>Distribution Territory: Worldwide, subject to the license granted to Caracol herein.¶
<#>Media: All media, including Ancillary Rights. ¶

**Deleted:** Participation in Foreign Sales: TI shall pay Caracol 15% of the net receipts actually received by TI generated by the exploitation of the Sequel, less the Distribution Fee and the Production Budget of the Sequel. It is expressly understood that Caracol shall not be entitled to distribution fees from the exploitation of the Sequel in the United States, and the TTS affiliated distribution stations and channels in the United States, Mexico, its branded and/or affiliated channels, including Mun2. Caracol shall be entitled to participate in any sale of the Sequel outside the United States and outside the screen of Telemundo.¶

Exhibit "E"