**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

      Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

      Defendants.

_____/

**DEFENDANT TELEMUNDO INTERNACIONAL, LLC'S**
**OFFER OF JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 68**

Defendant, Telemundo Internacional, LLC, hereby offers to allow entry of judgment pursuant to Rule 68, Fed. R. Civ. P., as follows:

1.     Caracol Television, S.A. is the Plaintiff herein.

2.     This offer is made on behalf of Defendant, Telemundo Internacional, LLC (hereinafter "Defendant TI") to Plaintiff, as set forth below.

3.     Plaintiff brought this action alleging the following Counts in its Amended Complaint [D.E. 7] dated September 5, 2018, in this action:

      I.     Declaratory Judgment as to Copyright;
      II.    Breach of Contract;
      III.   Accounting;
      IV.    Copyright Infringement;

4.     Defendant TI makes this offer more than ten days before this case is set for trial.

5.     Defendant TI hereby makes the following offer to Plaintiff, solely with respect to the claims for monetary damages and costs asserted in Count IV, Copyright Infringement, listed above, for which judgment in favor of Plaintiff may be entered:

Exhibit A, p. 1

      (a)    a single lump sum payment to Plaintiff in the amount of $10,000.00 (exactly ten thousand U.S. dollars)

6.    This offer is an attempt to fully and finally resolve any and all claims for monetary damages or costs asserted by Plaintiff in Count IV of Plaintiff's Amended Complaint [D.E. 7] in this action, against Defendant TI, inclusive of any and all claims for monetary damages and costs, including, without limitation, actual, statutory, punitive or exemplary damages, attorneys' fees, costs, interest, and expenses of any kind or nature whatsoever.

7.    This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.    There are no nonmonetary terms of the offer.  The offer is unconditional.

9.    This offer may only be accepted in writing. This offer may otherwise be accepted, rejected, or withdrawn as applicable law provides.

**/s/Gregory W. Herbert**
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua R. Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, dmrogero@dmrpa.com, via e-mail and overnight courier, on this 8th day of May, 2020.

**s/*Gregory W. Herbert*_____**

Exhibit A, p. 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

     Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

     Defendants.

_____/

**DEFENDANT TELEMUNDO NETWORK GROUP, LLC'S**
**OFFER OF JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 68**

     Defendant, Telemundo Network Group, LLC, hereby offers to allow entry of judgment pursuant to Rule 68, Fed. R. Civ. P., as follows:

     1.     Caracol Television, S.A. is the Plaintiff herein.

     2.     This offer is made on behalf of Defendant, Telemundo Network Group, LLC (hereinafter "Defendant TNG") to Plaintiff, as set forth below.

     3.     Plaintiff brought this action alleging the following Counts in its Amended Complaint [D.E. 7] dated September 5, 2018, in this action:

          I.     Declaratory Judgment as to Copyright;
          II.     Breach of Contract;
          III.     Accounting;
          IV.     Copyright Infringement;

     4.     Defendant TNG makes this offer more than ten days before this case is set for trial.

1

Exhibit A, p. 4

5.      Defendant TNG hereby makes the following offer to Plaintiff, solely with respect to the claims for monetary damages or costs asserted in Count IV, Copyright Infringement, listed above, for which judgment in favor of Plaintiff may be entered:

(a)      a single lump sum payment to Plaintiff in the amount of $10,000.00 (exactly ten thousand U.S. dollars)

6.      This offer is an attempt to fully and finally resolve any and all claims for monetary damages or costs asserted by Plaintiff in Count IV of Plaintiff's Amended Complaint [D.E. 7] in this action, against Defendant TNG, inclusive of any and all claims for monetary damages and costs, including, without limitation, actual, statutory, punitive or exemplary damages, attorneys' fees, costs, interest, and expenses of any kind or nature whatsoever.

7.      This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.      There are no nonmonetary terms of the offer.  The offer is unconditional.

9.      This offer may only be accepted in writing. This offer may otherwise be accepted, rejected, or withdrawn as applicable law provides.

/s/Gregory W. Herbert_____
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua R. Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, dmrogero@dmrpa.com, via e-mail and overnight courier, on this 8th day of May, 2020.

**s/*Gregory W. Herbert*_____**

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

      Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

      Defendants.

_____/

**DEFENDANT TELEMUNDO TELEVISION STUDIOS, LLC'S**
**OFFER OF JUDGMENT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 68</u>**

Defendant, Telemundo Television Studios, LLC, hereby offers to allow entry of judgment pursuant to Rule 68, Fed. R. Civ. P., as follows:

1.      Caracol Television, S.A. is the Plaintiff herein.

2.      This offer is made on behalf of Defendant, Telemundo Television Studios, LLC (hereinafter "Defendant TTS"), to Plaintiff, as set forth below.

3.      Plaintiff brought this action alleging the following Counts in its Amended Complaint [D.E. 7] dated September 5, 2018:

      I.      Declaratory Judgment as to Copyright;
      II.     Breach of Contract;
      III.    Accounting;
      IV.    Copyright Infringement;

4.      Defendant TTS makes this offer more than ten days before this case is set for trial.

5.      Defendant TTS hereby makes the following offer to Plaintiff, solely with respect to the claims for monetary damages and costs asserted in Count IV, Copyright Infringement, listed above, for which judgment in favor of Plaintiff may be entered:

1

Exhibit A, p. 7

     (a)    Defendant TTS offers a single lump sum payment to Plaintiff in the amount of $10,000.00 (exactly ten thousand U.S. dollars)

6.    This offer is an attempt to fully and finally resolve any and all claims for monetary damages and costs asserted by Plaintiff in Count IV of Plaintiff's Amended Complaint [D.E. 7] in this action, against Defendant TTS, inclusive of any and all claims for monetary damages and costs, including, without limitation, actual, statutory, punitive or exemplary damages, attorneys' fees, costs, interest, and expenses of any kind or nature whatsoever.

7.    This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.    There are no nonmonetary terms of the offer.  The offer is unconditional.

9.    This offer may only be accepted in writing. This offer may otherwise be accepted, rejected, or withdrawn as applicable law provides.

**/s/Gregory W. Herbert**
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua R. Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
*Attorneys for Defendants*

Exhibit A, p. 8

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, dmrogero@dmrpa.com, via e-mail and overnight courier, on this 8th day of May, 2020.

**s/*Gregory W. Herbert***
