**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

      Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

      Defendants.

_____/

**<u>DEFENDANT TELEMUNDO INTERNACIONAL, LLC'S</u>**
**<u>PROPOSAL FOR SETTLEMENT</u>**

Defendant, Telemundo Internacional, LLC, pursuant to §768.79, *Florida Statutes*

and Florida Rule of Civil Procedure 1.442, makes the following proposal for settlement:

    1.     CARACOL TELEVISION, S.A. is the Plaintiff herein.

    2.     This offer is made on behalf of Defendant, Telemundo Internacional, LLC

(hereinafter "Defendant TI"), and is made to Plaintiff.

    3.     Plaintiff brought this action alleging the following Counts in its Amended

Complaint [D.E. 7] dated September 5, 2018:

        I.     Declaratory Judgment as to Copyright;
        II.    Breach of Contract;
        III.   Accounting;
        IV.   Copyright Infringement;

    4.     Defendant TI offers the following to Plaintiff with respect solely to Count

II of the Amended Complaint, alleging Breach of Contract, for which judgment may be

entered:

(a)      a single lump sum payment to Plaintiff of $10,000 (exactly ten thousand dollars).

6.     This offer is an attempt to fully and finally resolve any and all claims for monetary damages or costs asserted in Count II of Plaintiff's Amended Complaint [D.E. 7], by Plaintiff in this action, against Defendant TI, inclusive of any and all claims for damages, including without limitation punitive or exemplary damages, attorney's fees, costs, interest, and expenses of any kind or nature whatsoever.

7.     This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.     There are no nonmonetary terms of the offer.  The offer is unconditional.

9.     This offer may be accepted, rejected, or withdrawn as applicable law provides.

Date: May 8, 2020.

**/s/Gregory W. Herbert**
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, dmrogero@dmrpa.com, via e-mail and overnight courier on this 8th day of May, 2020.

*s/Gregory W. Herbert*

Exhibit B, p. 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

      Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

      Defendants.

_____/

**DEFENDANT TELEMUNDO NETWORK GROUP, LLC'S**
**PROPOSAL FOR SETTLEMENT**

     Defendant, Telemundo Network Group, LLC, pursuant to §768.79, *Florida Statutes* and Florida Rule of Civil Procedure 1.442, makes the following proposal for settlement:

    1.    CARACOL TELEVISION, S.A. is the Plaintiff herein.

    2.    This offer is made on behalf of Defendant, Telemundo Network Group, LLC, (hereinafter "Defendant TNG"), and is made to Plaintiff.

    3.    Plaintiff brought this action alleging the following Counts in its Amended Complaint dated September 5, 2018:

        I.     Declaratory Judgment as to Copyright;
        II.    Breach of Contract;
        III.   Accounting;
        IV.   Copyright Infringement;

    4.    Defendant TNG offers the following to Plaintiff with respect solely to Count II of the Amended Complaint, alleging Breach of Contract, for which judgment may be entered:

(a)    a single lump sum payment to Plaintiff of $10,000 (exactly ten thousand dollars).

6.    This offer is an attempt to fully and finally resolve any and all claims for monetary damages or costs asserted in Count II of Plaintiff's Amended Complaint [D.E. 7], by Plaintiff in this action, against Defendant TNG, inclusive of any and all claims for damages, including without limitation punitive or exemplary damages, attorney's fees, costs, interest, and expenses of any kind or nature whatsoever.

7.    This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.    There are no nonmonetary terms of the offer.  The offer is unconditional.

9.    This offer may be accepted, rejected, or withdrawn as applicable law provides.

Date: May 8, 2020.

/s/Gregory W. Herbert
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, dmrogero@dmrpa.com, via e-mail and overnight courier on this 8th day of May, 2020.

*s/Gregory W. Herbert*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:18-CV-23443-DPG

CARACOL TELEVISION, S.A.,

      Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS,
LLC, *et al.,*

      Defendants.

_____/

## DEFENDANT TELEMUNDO TELEVISION STUDIOS, LLC'S PROPOSAL FOR SETTLEMENT

Defendant, Telemundo Television Studios, LLC, pursuant to §768.79, *Florida Statutes* and Florida Rule of Civil Procedure 1.442, makes the following proposal for settlement:

1.      CARACOL TELEVISION, S.A. is the Plaintiff herein.

2.      This offer is made on behalf of Defendant, Telemundo Television Studios, LLC (hereinafter "Defendant TTS") and is made to Plaintiff.

3.      Plaintiff brought this action alleging the following Counts in its Amended Complaint [D.E. 7] dated September 5, 2018:

      I.      Declaratory Judgment as to Copyright;
      II.     Breach of Contract;
      III.    Accounting;
      IV.    Copyright Infringement;

4.      Defendant TTS offers the following to Plaintiff with respect solely to Count II of the Amended Complaint, alleging Breach of Contract, for which judgment may be entered:

(a)   a single lump sum payment to Plaintiff of $10,000 (exactly ten thousand dollars).

6.    This offer is an attempt to fully and finally resolve any and all claims for monetary damages or costs asserted in Count II of Plaintiff's Amended Complaint [D.E. 7], by Plaintiff in this action, against Defendant TTS, inclusive of any and all claims for damages, including without limitation punitive or exemplary damages, attorney's fees, costs, interest, and expenses of any kind or nature whatsoever.

7.    This offer does not resolve any claim by Plaintiff for specific performance, equitable or injunctive relief.

8.    There are no nonmonetary terms of the offer.  The offer is unconditional.

9.    This offer may be accepted, rejected, or withdrawn as applicable law provides.

Date: May 8, 2020.

/s/Gregory W. Herbert
Gregory W. Herbert
Fla. Bar No. 0111510
herbertg@gtlaw.com
Joshua Brown
Florida Bar No. 826391
brownjr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Plaintiff's counsel, **David M. Rogero, Esq.**, David M. Rogero, P.A., 2625 Ponce de Leon Boulevard, Suite 280, Coral Gables, Florida 33134, <u>dmrogero@dmrpa.com</u>, via e-mail and overnight courier on this 8th day of May, 2020.

s/***Gregory W. Herbert***_____
