**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:18-cv-23443-GAYLES

**CARACOL TELEVISION, S.A.,**

     Plaintiff,

vs.

**TELEMUNDO TELEVISION STUDIOS,**
**LLC., TELEMUNDO INTERNACIONAL**
**LLC, AND TELEMUNDO NETWORK**
**GROUP LLC**,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT TELEMUNDO**
**NETWORK GROUP, LLC'S PROPOSAL FOR SETTLEMENT AS TO COUNT II OF**
**THE AMENDED COMPLAINT**

Take notice that the plaintiff accepts the offer of the defendant Telemundo Network

Group, LLC ("TNG") dated May 8, 2020, allowing plaintiff to take judgment against TNG

solely as to Count II of the Amended Complaint in this action in the amount of $10,000,

inclusive of damages, costs, attorney fees regarding Count II of the Amended Complaint.

This acceptance of this specific offer is intended to be strictly construed, and is without

prejudice to other claims against TNG and to all claims against other Defendants asserted in this

action.

     June 3, 2020.

                            */s/David M. Rogero/*
                            **David M. Rogero**
                            Fla. Bar No. 212172
                            E-mail: dmrogero@dmrpa.com
                            David M. Rogero, P.A.
                            2625 Ponce de Leon Blvd, Suite 280
                            Coral Gables, FL 33134

Exhibit C, p. 1

2

Telephone: (305) 441-0200
*Attorney for Plaintiff Caracol Television S.A.*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, a true and correct copy of the foregoing Plaintiff's Notice

of Acceptance Of Defendant Telemundo Network Group, LLC's Proposal for Settlement as to

Count II of the Amended Complaint, was served by email and USPS upon Defendant's counsel:

Gregory W. Herbert, Esq.
Joshua Brown, Esq.
Greenberg Traurig, P.A.
450S. Orange Avenue, Suite 650
Orlando, FL 32801
herbertg@gtlaw.com; brownjr@gtlaw.com; castrop@gtlaw.com
*Attorneys for Defendants*


/s/David M. Rogero/